1  JERRY S. BUSBY
   Nevada Bar #001107
2  COOPER LEVENSON, P.A.
   3016 West Charleston Boulevard - #195
3  Las Vegas, Nevada  89102
    (702) 366-1125
4  FAX:  (702) 366-1857
   jbusby@cooperlevenson.com
5
   Attorneys for Defendant
6  SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| MARIA MATA, | Case No. 2:23-cv-01788-JAD-EJY |
|---|---|
| Plaintiff, | |
| vs. | |
| SMITH'S FOOD & DRUG CENTERS, INC. dba SMITH'S FOOD & DRUG; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | [ECF No. 19] |

WHEREAS, counsel for the parties have agreed upon a full and final settlement of this matter;

IT IS HEREBY STIPULATED AND AGREED by and between JOSEPH C. CHU, ESQ. of LADAH LAW FIRM, Attorneys for Plaintiff MARIA MATA, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., as follows:

1. That the claims herein of Plaintiff MARIA MATA against SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

/ / /

/ / /

/ / /'

NG-C2N3CBX6 4905-4735-2376.1

2.    That the Court vacate any deadlines or filing dates on the Court's docket.

Respectfully submitted this 2nd day of June, 2025.

| LADAH LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Joseph C. Chu | /s/ Jerry S. Busby |
| Joseph C. Chu, Esq. | Jerry S. Busby, Esq. |
| Nevada Bar No. 11405 | Nevada Bar No. 1107 |
| 517 South Third Street | 3016 West Charleston Boulevard, #195 |
| Las Vegas, NV 89101 | Las Vegas, NV 89102 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| MARIA MATA | SMITH'S FOOD & DRUG CENTERS, INC. |

### ORDER

Based on the parties' stipulation and with good cause appearing, **IT IS HEREBY ORDERED that this case is dismissed with prejudice**, with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE**.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 6, 2025

NG-C2N3CBX6 4905-4735-2376.1